[Cite as *State v. Holland*, 2011-Ohio-6042.]

COURT OF APPEALS
LICKING COUNTY, OHIO
FIFTH APPELLATE DISTRICT

| | | |
|---|---|---|
| STATE OF OHIO | : | JUDGES: |
| | : | Hon. William B. Hoffman, P.J. |
| Plaintiff-Appellee | : | Hon. Sheila G. Farmer, J. |
| | : | Hon. Patricia A. Delaney, J. |
| -vs- | : | |
| | : | |
| BRIAN E. HOLLAND | : | Case No. 11-CA-47 |
| | : | |
| Defendant-Appellant | : | O P I N I O N |


CHARACTER OF PROCEEDING:          Appeal from the Court of Common
                                  Pleas, Case No. 10-CR-628



JUDGMENT:                         Reversed and Remanded



DATE OF JUDGMENT:                 November 18, 2011



APPEARANCES:

For Plaintiff-Appellee                    For Defendant-Appellant

BRIAN WALTZ                               WILLIAM T. CRAMER
20 South Second Street                    470 Olde Worthington Road
4th Floor                                 Suite 200
Newark, OH  43055                         Westerville, OH  43082

*Farmer, J.*

{¶1}   On November 12, 2010, the Licking County Grand Jury indicted appellant, Brian Holland, on one count of illegally manufacturing drugs in violation of R.C. 2925.04 and one count of illegally assembling or possessing chemicals for the manufacture of drugs in violation of R.C. 2925.041.   A jury trial commenced on March 22, 2011.   The jury found appellant guilty.   By judgment entry filed March 23, 2011, the trial court sentenced appellant to seven years in prison, and included a provision that appellant was not to be considered or released on transitional control.

{¶2}   Appellant filed an appeal and this matter is now before this court for consideration.   Assignment of error is as follows:

I

{¶3}   "THE TRIAL COURT ERRED BY INCLUDING IN THE SENTENCING ENTRY A PROVISION THAT APPELLANT IS NOT TO BE CONSIDERED OR RELEASED ON TRANSITIONAL CONTROL."

I

{¶4}   Appellant claims the trial court erred by including in the sentencing entry a provision that he is not to be considered or released on transitional control.   We agree.

{¶5}   Based upon this court's well reasoned opinion in *State v. Spears,* Licking App. No. 10-CA-95, 2011-Ohio-1538, ¶34-38, this assignment of error is granted.

{¶6}   The judgment of the Court of Common Pleas of Licking County, Ohio is hereby reversed, and the matter is remanded to said court for resentencing without the transitional control language.

By Farmer, J.

Hoffman, P.J. and

Delaney, J. concur.


s/ Sheila G. Farmer_____


s/ William B. Hoffman_____


s/ Patricia A. Delaney_____

JUDGES


SGF/sg 1026

IN THE COURT OF APPEALS FOR LICKING COUNTY, OHIO

FIFTH APPELLATE DISTRICT

| | | |
|---|---|---|
| STATE OF OHIO | : | |
| Plaintiff-Appellee | : | |
| -vs- | : | JUDGMENT ENTRY |
| BRIAN E. HOLLAND | : | |
| Defendant-Appellant | : | CASE NO. 11-CA-47 |

For the reasons stated in our accompanying Memorandum-Opinion, the judgment of the Court of Common Pleas of Licking County, Ohio is reversed, and the matter is remanded to said court for resentencing without the transitional control language. Costs to appellee.

s/ Sheila G. Farmer_____

s/ William B. Hoffman_____

s/ Patricia A. Delaney_____

JUDGES